# IN THE SUPREME COURT OF THE STATE OF NEVADA

LA COSTA LOANS, INC.; ENCORE AMERICAN INVESTMENTS CORPORATION; WILLIAM A. TIMMINS, AN INDIVIDUAL; AND LINDA L. TIMMINS, AN INDIVIDUAL,
Appellants,
vs.
VAL GRIGORIAN, AN INDIVIDUAL,
Respondent.

No. 74894

**FILED**

JUN 29 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from findings of fact and conclusions of law granting respondent's motion for summary judgment and denying rehearing of appellants' motion for summary judgment. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

On March 15, 2018, this court entered an order to show cause directing appellants to demonstrate this court's jurisdiction, because respondent's counterclaims against Novus Dia, LLC, appeared to remain pending below. After two extensions of time to obtain a final judgment or certification of the order appealed from pursuant to NRCP 54(b), appellants have filed their response. Appellants explain that the district court denied their motion for NRCP 54(b) certification as premature, but granted them leave to refile after 45 days if respondent does not obtain a default judgment. Appellants ask this court to stay the appeal.

18-24841

We are not inclined to let this appeal linger indefinitely on our docket; we therefore deny the motion for an indefinite stay. The order appealed from is not a final judgment, and this court lacks jurisdiction. We ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Gibbons_____, J.
Gibbons

_____Hardesty_____, J.
Hardesty

cc:    Hon. Richard Scotti, District Judge
Law Offices of Michael F. Bohn, Ltd.
Greene Infuso, LLP
Eighth District Court Clerk